## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Cause No. DR-20-M-2056-(2)-CW |
| | § | |
| Crystal Lynn Mccray, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act of 1984, 18 U.S.C. 3142 (f), a detention hearing was held in conjunction with a preliminary examination on December 16, 2020, before the undersigned magistrate judge. The Court finds that there is probable cause to believe Defendant committed the crime of which she is accused. This case is eligible for detention since there is a serious risk that Defendant might flee. 18 U.S.C § 3142 (f)(2)(A). The following facts require the detention of Defendant pending trial in this case.

## I.
## Finding of Fact

Credible information in the form of testimony from Border Patrol Agent Lance Melton of the Prosecutions Unit establishes that on November 23, 2020, Defendant was a party to a conspiracy to transport twelve (12) undocumented aliens in Kinney County. She was the driver of a pickup truck that had five (5) aliens in the back seat and seven in the bed of the truck. She led agents on a normal speed chase by driving approximately one-half mile before pulling over.

Record checks revealed that the aforementioned aliens were illegally present in the United States.

Agent Melton made an in-court identification of Defendant.

Kinney County is in the Western District of Texas.

Defendant has five (5) convictions for crimes of moral turpitude and another for driving while intoxicated. She was on bond at the time of her arrest. Defendant unnecessarily endangered the aliens and she is not a good candidate for supervision. The Court finds by a preponderance of the evidence that Defendant poses a serious risk of flight, and the Court finds by clear and convincing evidence that she is a danger to others.

Accordingly, the Court hereby **ORDERS** that Defendant be **DETAINED** without bond.

## II.
## Direction Regarding Detention

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of any Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SIGNED** and **ENTERED** on December 17, 2020.

_____
COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE

s